IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnathan T. Hernandez,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al,<br><br>    Respondents. | No. CV-16-02727-PHX-SPL<br><br>**ORDER** |

The Court has before it Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. 1.) The Court has also received Respondents' Answer (Doc. 11), and Petitioner's Traverse. (Doc. 18.) We also have before us the Report and Recommendation (R&R) of United States Magistrate Judge Deborah M. Fine (Doc. 19), and Petitioner's timely Objections. (Doc. 20.)

Petitioner was indicted, August 9, 2010, on three counts: sexual conduct with a minor (Counts 1 and 2), and child prostitution (Count 3). (Doc. 11, Ex. A.) The petitioner was subsequently offered a plea agreement that would require the Petitioner to plead guilty to one count of child prostitution and two counts of attempted sexual contact with a minor. (Doc. 11, Ex. C.) The Petitioner rejected the offer from Maricopa County and the jury subsequently found the Petitioner guilty on Count 1, acquitted him on Count 2 and the jury deadlocked on Count 3. (Doc. 11, Ex. J.) The Petitioner was sentenced to 18 years of imprisonment. (Doc. 11, Ex. L.)

The Petitioner raises one ground for relief in his Petition for Writ of Habeas

Corpus. The Petitioner argues that his trial counsel was ineffective because trial counsel provided Petitioner with a mistake as to the victim's age defense which Petitioner alleges led to his rejection of the plea offer from Maricopa County. (Doc. 1 at 6.) Respondents argue that the claims of the Petitioner are meritless and the Petition should be denied. (Doc. 11.)

Judge Fine concluded the Petitioner has not asserted a colorable claim and that he is not entitled to an evidentiary hearing. (Doc. 19.) Additionally, the magistrate judge further concluded that the state court acted reasonably in refusing Petitioner's requests for an evidentiary hearing. (*Id.*)

Petitioner articulated his displeasure with Judge Fine's findings and conclusions. (Doc. 20 at 5-11.) The Petitioner also repeated the same arguments that were laid out in the Petition and Traverse. (Docs. 1, 18.)

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires specific written objections to the findings and recommendations in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b)(1). It follows that the Court need not conduct any review of portions to which no specific objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

The Court finds that although the Petitioner filed objections (Doc. 20), he failed to provide specific written objections to the findings and recommendations in the R&R. Nonetheless, the Court has undertaken an extensive review of the sufficiently developed

record and the objections to the findings and recommendations in the very detailed R&R, without the need for an evidentiary hearing.

After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by Judge Fine. Specifically, the Court finds the Petition fails on the merits.

Having carefully reviewed the record, the Petitioner has not shown that he is entitled to habeas relief. Finding none of Petitioner's objections have merit, the R&R will be adopted in full. Accordingly,

**IT IS ORDERED:**

1. That the Magistrate Judge's Report and Recommendation (Doc. 19) is **accepted** and **adopted** by the Court;

2. That the Petitioner's Objections (Doc. 20) are **overruled**;

3. That the Petition for Writ of Habeas Corpus (Doc. 1) is **denied** and this action is **dismissed with prejudice**;

4. That a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **denied** because the dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable; and

5. That the Clerk of Court shall **terminate** this action.

Dated this 20th day of December, 2017.

Honorable Steven P. Logan
United States District Judge

3